UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

FILED - GR
July 20, 2023 11:37 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW SCANNED BY: KB /20

Serlanding Keith Crowley Jr. 704755

(Enter above the full name of the plaintiff(s), including prisoner number, in this action. If you cannot list all plaintiffs in the space provided, please write "see attached" and list all names on an additional page.)

2:23-cv-135
Maarten Vermaat
U.S. Magistrate Judge

v.

M. Leach (Captain)
M. Leach Marquette Branch Prison Correctional Officer
Marquette Branch Prison

(Enter above the full name of the defendant(s) in this action. If you cannot list all defendants in the space provided, please write "see attached" and list all names on an additional page.)

**COMPLAINT**
*(Print Clearly)*

I. **Previous Lawsuits**
   **CAUTION:** The Prison Litigation Reform Act has resulted in substantial changes in the ability of incarcerated individuals to initiate lawsuits in federal courts without prepayment of the civil action filing fee. Accurate and complete responses are required concerning your litigation history. Generally, a plaintiff's failure to accurately and completely answer the questions set forth below will result in denial of the privilege of proceeding *in forma pauperis* and require you to pay the entire $402.00 filing fee regardless of whether your complaint is dismissed.

   A. Have you ever filed a lawsuit while incarcerated or detained in any prison or jail facility? Yes ☐ No ☒

   B. If your answer to question A was yes, for each lawsuit you have filed you must answer questions 1 through 5 below. Attach additional sheets as necessary to answer questions 1 through 5 below with regard to each lawsuit.

   1. Identify the court in which the lawsuit was filed. If it was a state court, identify the county in which the suit was filed. If the lawsuit was filed in federal court, identify the district within which the lawsuit was filed.

      _____

   2. Is the action still pending? Yes ☐ No ☐
      a. If your answer was no, state precisely how the action was resolved: _____

   3. Did you appeal the decision? Yes ☐ No ☐
   4. Is the appeal still pending? Yes ☐ No ☐
      a. If not pending, what was the decision on appeal? _____

   5. Was the previous lawsuit based upon the same or similar facts asserted in this lawsuit? Yes ☐ No ☐
      a. If so, explain: _____

II. Parties

A. Plaintiff(s)

Enter your name, place of confinement, address, and place of confinement during the events described in the complaint in the blanks below. Provide the same information for any additional plaintiffs. Attach extra sheets as necessary.

Name of Plaintiff **Serlanding Keith Crawley Jr. #704755**

Place of Present Confinement **MARQUETTE BRANCH PRISON**

Address **1960 US-41**

Place of Confinement During Events Described in Complaint **MARQUETTE BRANCH PRISON**

B. Defendant(s)

Complete the information requested below for each defendant in this action, including whether you are suing each defendant in an official and/or personal capacity. Provide the same information for each additional defendant. If there are more than six defendants attach extra sheets as necessary.

Name of Defendant #1 **C/O WATSON**
Position or Title **Correctional Officer**
Place of Employment **MARQUETTE BRANCH PRISON**
Address **1960 U.S. 41 South**
Official and/or personal capacity? **Official**

Name of Defendant #2 **LT. Schroderus**
Position or Title **Lieutenant**
Place of Employment **MARQUETTE BRANCH PRISON**
Address **1960 U.S. 41 South**
Official and/or personal capacity? **Official**

Name of Defendant #3 **Giotto (C/O)**
Position or Title **Correctional Officer**
Place of Employment **MARQUETTE BRANCH PRISON**
Address **1960 U.S. 41 South**
Official and/or personal capacity? **Official**

Name of Defendant #4 **Sebly (CAPTAIN)**
Position or Title **CAPTAIN**
Place of Employment **MARQUETTE BRANCH PRISON**
Address **1960 U.S. 41 South**
Official and/or personal capacity? **Official**

Name of Defendant #5 **Viitala**
Position or Title **A.D.W (Assistant Dupty-Warden)**
Place of Employment **MARQUETTE BRANCH PRISON**
Address **1960 U.S. 41 South**
Official and/or personal capacity? **Official**

III. **Statement of Claim**

State here the **facts** of your case. Describe how each defendant is personally involved. Include also the names of other persons involved, dates and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. **Do not include unrelated claims.** Use as much space as you need. Attach extra sheets if necessary.

I have Been HAVING Retaliation Problems With C/O "CAPTAIN LEACH" for 3 Years. I wrote a Grievance AND He Told me "Well see who has the Best penmenship I'll make sure you Never Go home". He's TAKEN my Phone for 2 yrs, He's TOOKEN my JPAY for 90 days he SAID I Got on the machine AND I DiDn't I explained this to A. A.DW Viitala Viitala TOLD me "I see what's Going on I'm Going to Get you out of here" I told him you Let this Go on for YEARS NOW I Grievance you AND you won't me to SiGN OFF? He ASSiSted LeacH BY Sending His Subordinates to FAlsifie misconducts on me these OFFicers our LT. NEUBECKER, LT Schroderus, C/O Giotto, C/o SGT. VRABEL, LT. Minthorn, SGT Ogle (formal officer), SGT VANACKer, C/O GreGurash AND C/o KOSKi. I wrote PREA's on CAPTAIN LeacH AND LT. Schroderus AND they've Been Retaliating Every Since 2021 they've even hosted hearings! they've Retaliated AGAinst me for using the Grievance Process. They know there Actions Void Any Department hearings. Thus the hearing could not Be conducted ~~besides~~ Pursuant to Department (MDOC) Policies And Procedures. AS it Violates P.D. 03.02.130(L) "STAff shall Void Any Actions that Gives the Appearance of reprisal" That Includes writing misconducts reports AND then holding hearings. CAPTAIN LeacH retalitory conduct ~~crittes~~ Violates my First Amendment rights to seek redress. CAPTAIN LeacH TOLD C/o WAtSON "I'm Going to keep writing misconducts on that Fucker He wrote A PREA ON me! I've Done AN extra 3yrs Because of these misconducts CAPTAIN LeacH writes on me. Now He's conspired with his subordinates to Retaliate AGAinst me (NAmes Above) for using the Grievance process. To this

-4-   (W.D. Mich. Form – Last Revised: September 2021)

Very moment he's wrote misconducts on me him AN LT. Schroderus every time I'm About to Get off LOP (Loss of Privileges) there subordinates or him his self writes 2-5 misconducts

IV. **Relief**

State briefly and precisely what you want the court to do for you.

I Just want to Go home.. this has caused me Alot of pain in sufering.. Not Being Able to Talk to my Family.. my Nerves Are so Bad Every time I see A C/O walk pass my cell with A ticket I think It's on me.. I'd Feel Like I'm having A panic Attack... I Feel that I Should Be Reinstated Funds for All the Retaliation I've Been Going threw for each year. I've never done this process before, But It took this To see if I'd Be Left Alone.

V. **Notice to Plaintiff Regarding Consent**

In accordance with the provisions of 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73, you are hereby notified that the United States magistrate judges of this district court may, upon your consent, conduct any or all proceedings in this case, including a jury trial and entry of a final judgment. If you consent, any appeal from a judgment entered by a magistrate judge shall be taken directly to the United States Court of Appeals for this judicial circuit in the same manner as an appeal from any other judgment of a district court.

Magistrate judges have greater flexibility in their schedules than district judges, who have heavy criminal caseloads that take priority over civil trials. Accordingly, the magistrate judges are generally able to schedule prisoner civil rights cases for jury trial much sooner, and they are able to provide firm trial dates. Magistrate judges are experienced trial judges who handle a great number of prisoner civil rights cases.

Your decision to consent to the dispositive jurisdiction of a United States magistrate is entirely voluntary. If you do not consent to a magistrate judge, the case will be randomly assigned to a district judge. The magistrate judge already assigned to this case would continue to decide all pretrial matters and would handle all dispositive motions by report and recommendation.

Please check **ONE** box below to indicate whether you voluntarily consent to proceed with a United States magistrate judge or if you would instead prefer that the case be assigned to a district judge.

[X] I hereby voluntarily consent to the United States magistrate judge conducting all proceedings in this case, including entry of a final judgment and all post-judgment matters.

[ ] I request that this case be assigned to a district judge.

6-30-23
Date

Signature of Plaintiff

**NOTICE TO PLAINTIFF(S)**

The failure of a *pro se* litigant to keep the court apprised of an address change may be considered cause for dismissal.



t Court
BUILDING
U ST. NW
S, MI 49503

Serlanding R. Crowley Jr. #704755
MARQUETTE BRANCH PRISON
1960 U.S. Highway 41 South
MARQUETTE, MI 49855

U.S. Distri[ct]
399 FEDER[AL]
110 MICHIGA[N]
GRAND RAPI[DS]